

**Entered on Docket**
**April 20, 2011**

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq. SBN 11034
**McCarthy & Holthus, LLP**
200 S. Virginia St., 8th Floor
Reno, NV  89501
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, US Bank National Association, as Trustee for CSFB Home Equity Pass-Through Certificates Series 2006-8, its assignees and/or successors and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-53079-gwz |
| | ) |
| Gregory James Moore, | ) Chapter  13 |
| Kimberly Jo Moore, | ) |
| | ) DATE:  04/15/11 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

2  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

3  Movant in the real property commonly known as 1247 Bellatrix Way, Sparks, NV 89436 aka

4  1247 Bellatrix Way, Sparks, NV 89441.

5

6  IT IS SO ORDERED.

7

8
   Submitted by:
9  McCarthy & Holthus, LLP

10 */s/Seth J. Adams*_____
11 Seth J. Adams, Esq.
   9510 West Sahara Avenue, Suite 110
12 Las Vegas, NV 89117
   702-685-0329
13

14 Approved/Disapproved

15
   *Order Filed 03/18/11-no response received*_
16 Joe M. Laub, Esq.
   630 East Plumb Lane
17 Reno, NV 89502
   (775) 333-5282
18

19 Approved/Disapproved

20
   *Order Filed 03/18/11-no response received*
21 William A. Van Meter
   P.O. Box 6630
22 Reno, NV 89513

23

24

25

26

27

28

29

*Rev. 12.09*                                         M&H File No. NV-10-34103
                                                              10-53079-gwz

1

<u>ALTERNATIVE METHOD re;  RULE 9021:</u>

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

3

reflects the court's ruling and that (check one):

4

☐ The court has waived the requirement set forth in LR 9021(b)(1).

5

☒ No party appeared at the hearing or filed an objection to the motion.

6

7

☐ I have delivered a copy of this proposed order to all counsel who appeared at the

hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

8

[list each party and whether the party has approved, disapproved, or failed to respond to the

document]:

9

10

Counsel appearing: None

11

Unrepresented parties appearing: None

12

Trustee: No Appearance at Hearing; No additional Service required.

13

14

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this

order with the motion pursuant to LR 9014(g), and that no party has objected to the form or

15

content of the order.

16

17

Submitted by:

McCarthy & Holthus, LLP

18

19

/s/ Seth J. Adams
Seth J. Adams, Esq.

20

21

22

23

24

25

26

27

###

28

29

M&H File No. NV-10-34103
10-53079-gwz